UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOKAI HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TWIN TIGER USA LLC, TWIN TIGER WORLD MARKETS LTD., RORY COPPOCK and TROY COPPOCK,<br><br>Defendants. | Civil Action No. 15-cv-9363-ALC<br><br>ECF CASE |

NOTICE OF ERRATA
MEMORANDUM OF LAW IN OPPOSITION
TO PLAINTIFF'S MOTION FOR SANCTIONS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the document entered on the Court's docket as Document No. 77 (Memorandum of Law in Opposition to Plaintiff's Motion for Sanctions and filed on January 10, 2017) contained an incorrect ECF No. citation to the Declaration of Samuel G. Brooks and the exhibits thereto.  Therefore, ECF Nos. 77, 77-1, and 77-2 were subsequently re-filed and are listed on the Court's docket as Document

1

Nos. 78, 78-1, and 78-2.  ECF Nos. 77, 77-1, and 77-2 are hereby withdrawn and replaced with Document Nos. 78, 78-1, and 78-2.

Dated: January 12, 2017                                          Respectfully submitted,

**STERN & SCHURIN LLP**

By: /s/ Scott P. Shaw
_____

Richard S. Schurin
   rschurin@sternschurin.com
Michael Barer
   mbarer@sternschurin.com
Steven Stern, Esq.
   sstern@sternschurin.com
410 E. Jericho Turnpike
Mineola, NY 11501
Telephone: (516) 248-0300
*Attorneys for Defendants*

**CALL & JENSEN APC**

Scott P. Shaw
   sshaw@c alljensen.com
Samuel G. Brooks
   sbrooks@calljensen.com
Joshua G. Simon
   jsimon@calljensen.com
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2017, I caused the foregoing document to be filed using the CM/ECF System in the United States District Court for Southern District of New York, which caused the Plaintiff to be served by electronic mail, as more fully reflected on the notice of electronic filing.

*/s/ Scott P. Shaw*
Scott P. Shaw