Mark J. Rosenberg
Amy B. Goldsmith
Joel H. Rosner
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, New York 10018
Telephone: 212-216-8000
Facsimile: 212-216-8001
mrosenberg@tarterkrinsky.com
agoldsmith@tarterkrinsky.com
jrosner@tarterkrinsky.com

*Attorneys for Plaintiff Lokai Holdings LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOKAI HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TWIN TIGER USA LLC, TWIN TIGER WORLD MARKETS LTD., RORY COPPOCK and TROY COPPOCK,<br><br>    Defendants. | Case No. 15-CV-9363 (ALC)<br><br>**NOTICE OF MOTION** |

   **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Joel H. Rosner, Esq. dated June 21, 2017 and the exhibits annexed thereto, and the accompanying Memorandum of Law, dated June 21, 2017, and all prior pleadings and proceedings had herein, the undersigned attorneys for Plaintiff Lokai Holdings LLC ("Lokai") shall move before the Hon. Andrew L. Carter, U.S.D.J., United States District Court, Southern District of New York, at the Courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 1306, at a time to be fixed

by the Court, for an Order: (i) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Defendant Twin Tiger USA LLC's 1st, 3rd, 4th, 5th, 6th, 7th, 8th, and 9th Counterclaims; (ii) pursuant to Rule 12(f), striking Defendants' 2nd Affirmative Defense of Unclean Hands; and (iii) such other relief as requested and as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b) and the June 2, 2017 Order of the Hon. Andrew L. Carter, U.S.D.J. (Dkt. # 155), opposing affidavits and answering memoranda shall be served within fourteen days after service of this Motion.

Dated: New York, New York
June 21, 2017

TARTER KRINSKY & DROGIN LLP

By:   /s/ Joel H. Rosner
Joel H. Rosner
Mark J. Rosenberg
Amy B. Goldsmith
1350 Broadway
New York, New York 10018
Telephone: (212) 216-1187
Facsimile: (212) 216-8001
jrosner@tarterkrinsky.com
mrosenberg@tarterkrinsky.com
agoldsmith@tarterkrinsky.com

*Attorneys for Lokai Holdings LLC*

3

## CERTIFICATE OF SERVICE

I certify that on June 21, 2017I caused the foregoing document to be filed using the CM/ECF System in the United States District Court for Southern District of New York, which caused the Defendants to be served by electronic mail, as more fully reflected on the notice of electronic filing.

*/s/ Joel H. Rosner*