USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-1-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
LOKAI HOLDINGS LLC,

                Plaintiff,

   -against-

TWIN TIGER USA LLC, ET AL.,

                Defendants.
------------------------------------------------------------- x

15-CV-9363 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    July 31, 2018
           New York, New York

                                        _____
                                        ANDREW L. CARTER, JR.
                                        **United States District Judge**